Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

May 3                          20 17
WILLIAM M. McCOOL, Clerk
By _Emily Jones_                  Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBEL KELETA GOITOM,

Defendant.

NO: CR17-132 JCC

INDICTMENT

The Grand Jury charges that:

## COUNT ONE

### (Felon in Possession of a Firearm)

On or about February 22, 2017, in the ~~City of Seattle~~ Lynwood, within the Western District of Washington, ROBEL KELETA GOITOM, having been convicted of the following crime punishable by a term of imprisonment exceeding one year, to wit:

    a) *Assault in the Third Degree*, in Snohomish County Superior Court, dated on or about February 12, 2015, under cause number 14-1-01486-9;

did knowingly possess, in and affecting interstate and foreign commerce, the following

//

//

Indictment - 1

firearm, to wit: a 9mm Springfield Armory XDM-9 semi-automatic handgun, which had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

DATED: 5.3.17

*Signature of foreperson redacted pursuant to the policy of the Judicial Conference of the United States*

FOREPERSON

ANNETTE L. HAYES
United States Attorney

TODD GREENBERG
Assistant United States Attorney

JESSICA MANCA
Special Assistant United States Attorney

Indictment - 2