THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBEL KELETA GOITOM,<br><br>Defendant. | CASE NO. CR17-0132-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This motion comes before the Court on Defendant Robel Goitom's unopposed motion to continue trial (Dkt. No. 17). The Court, having reviewed the motion and the relevant record, makes the following findings:

(1) The interests of justice will best be served by a continuance of the trial date and outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

(2) The additional time between the current trial date and the new trial date is necessary to provide defense counsel the reasonable time necessary to prepare for trial, considering counsel's schedule and all of the facts set forth in counsel's motion and declaration. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

(3) The failure to grant such a continuance in this case would likely result in a miscarriage of justice because Defendant would be denied the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

(4) Defendant has filed a Speedy Trial waiver up to and including the date of November 30, 2017.

Accordingly, the Court ORDERS:

1. The motion to continue trial (Dkt. No. 17) is GRANTED.
2. The jury trial in this case is CONTINUED from July 3, 2017 to Monday, November 13, 2017 at 9:30 a.m.
3. The period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(i), (iv).
4. Pretrial motions shall be filed by Thursday, October 12, 2017.

DATED this 12th day of June 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
