UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBEL KELETA GOITOM.<br><br>Defendant. | CASE NO. CR17-0132-JCC<br><br>ORDER ON MOTION TO CONTINUE TRIAL |

This matter comes before the Court on Defendant's unopposed motion to continue pretrial motions filing date and trial date (Dkt. No. 21). Having considered the motion, Defendant's Waiver of Speedy Trial, and the relevant record, the Court hereby GRANTS the motion and FINDS as follows:

(a) Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny defense counsel the reasonable time necessary for effective preparation due to counsel's need for more time to investigate the case and prepare pretrial motions, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendant has

requested more time to prepare for trial, to investigate the matter, to gather evidence material to the defense, and to consider possible defenses; and

    (d) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A); and

    (e) the additional time requested between the current trial date of November 13, 2017 and the new trial date is necessary to provide counsel for the defendant the reasonable time necessary to prepare for trial, considering newly produced discovery and the facts set forth above; and

    (f) the period of delay from the date of this order to the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS THEREFORE ORDERED that the trial date in this matter shall be continued to February 5, 2018 at 9:30 am, and that pretrial motions shall be filed no later than January 5, 2018.

    DATED this 18th day of October 2017.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE