THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBEL KELETA GOITOM,<br><br>Defendant. | CASE NO. CR17-132-JCC<br><br>ORDER COMPELLING<br>DEFENDANT'S FINGERPRINTS |

This matter comes before the Court on the Government's motion to compel Defendant's fingerprints (Dkt. No. 20). Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby GRANTS the motion as follows:

The Court hereby ORDERS that defendant Robel Keleta Goitom shall allow a fingerprint examiner from Seattle Police Department to take and roll his fingerprints. The Defendant's fingerprints may be taken prior to trial, at the Federal Detention Center in SeaTac, Washington, or during trial.

DATED this 25th day of October 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE