THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0132-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ROBEL KELETA GOITOM , | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defense counsel's motion to withdraw as counsel and for appointment of new counsel (Dkt. No. 29). The Court determines it is appropriate to refer this matter to the on duty Magistrate Judge Brian A. Tsuchida to hear the motion. Accordingly, counsel's motion to withdraw as counsel (Dkt. No. 29) is hereby REFERRED to Judge Tsuchida.

DATED this 6th day of November 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk