# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0132-JCC |
| Plaintiff, | ORDER GRANTING MOTION TO CONTINUE TRIAL |
| v. | |
| ROBEL KELETA GOITOM, | |
| Defendant. | |

This matter comes before the Court on Defendant's unopposed motion for continuance of the trial date (Dkt. No. 34). Having considered Defendant's waiver of speedy trial and the relevant record, the Court hereby GRANTS the motion and FINDS as follows:

(a) Taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny defense counsel the reasonable time necessary for effective preparation due to recently appointed counsel's need for more time to investigate the case and prepare pretrial motions, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the ends of justice will best be served by a continuance, and the ends of justice outweigh the best interests of the public and the defendant in any speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).

1    IT IS THEREFORE ORDERED that the trial in this case shall be CONTINUED to April

2 16, 2018 at 9:30 am, and the period of time from the date of this order until and including the new

3 trial date shall be excludable time under 18 U.S.C. Section 3161 (h)(7)(A).

4    IT IS FURTHER ORDERED that the deadline for filing pretrial motions in this case shall

5 be March 16, 2018.

6    DATED this 3rd day of January 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO CONTINUE
TRIAL
CR17-0132-JCC
PAGE - 2