THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR17-0132-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| ROBEL GOITOM, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to continue revocation hearing (Dkt. No. 63). Defendant has filed a waiver of date for revocation hearing. (Dkt. No. 64.) The motion is GRANTED. The date of Defendant's revocation hearing is hereby EXTENDED from March 12, 2019 to May 28, 2019 at 9:00 a.m.

DATED this 8th day of March 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR17-0132-JCC
PAGE - 1