THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>ROBEL KELETA GOITOM,<br><br>                   Defendant. | CASE NO. CR17-0132-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the revocation hearing held on May 28, 2019. The Court hereby FINDS that Defendant has satisfied the conditions of his appearance bond. (*See* Dkt. No. 60.)

DATED this 28th day of May 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk