THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0132-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ROBEL K. GOITOM, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion to continue Defendant's supervised release violation hearing (Dkt. No. 86). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. Defendant's supervised release violation hearing is hereby CONTINUED from June 30, 2020, to November 10, 2020, at 9:00 a.m.

DATED this 10th day of June 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR19-0133-JCC
PAGE - 1