THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBEL KELETA GOITOM,<br><br>    Defendant. | CASE NO. CR17-0132-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's motion to seal (Dkt. No. 88). Defendant seeks to maintain under seal "his jail health records which contain diagnoses and other personal information," filed in support of his motion to quash arrest warrant. (*Id.* at 1.)

The Court starts from the position that "[t]here is a strong presumption of public access to [its] files." W.D. Wash. Local Civ. R. 5(g)(3); *see also Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). However, a particularized showing of good cause will suffice to warrant sealing discovery documents attached to non-dispositive motions. *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006).

Here, Defendant's strong interest in maintaining the confidentiality of his jail health records outweighs the public's interest in the records' disclosure. Accordingly, the Court finds good cause and GRANTS Defendant's motion. The Clerk is DIRECTED to maintain Docket Number 90 under seal until further order of the Court.

ORDER
CR17-0132-JCC
PAGE - 1

DATED this 27th day of July 2020.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE