THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  UNITED STATES OF AMERICA,                    CASE NO. CR17-0132-JCC

10                              Plaintiff,        MINUTE ORDER

11              v.

12  ROBEL KELETA GOITOM,

13                              Defendant.

14

15        The following Minute Order is made by direction of the Court, the Honorable John C.

16  Coughenour, United States District Judge:

17        This matter comes before the Court on J. Talitha Hazelton's notice of appearance on

18  Defendant's behalf (Dkt. No. 95). The notice includes a request for a consent order granting

19  substitution of attorney in this matter (Dkt. No. 95-1.) This notice does not satisfy the

20  requirements for withdrawal of counsel in a criminal matter. *See* W.D. Wash. Local Crim. R.

21  1(a) (incorporating W.D. Wash. Local Civ. R. 83.2(b)); W.D. Wash. Local Crim. R. 5(g)(4).

22  Accordingly, Cathy Gormley remains counsel of record for Defendant. Should Ms. Gormley

23  wish to withdraw, she is DIRECTED to file a motion or stipulation consistent with the local

24  rules.

25  //

26  //

MINUTE ORDER
CR17-0132-JCC
PAGE - 1

1          DATED this 2nd day of October 2020.

2                                                    William M. McCool
                                                     Clerk of Court
3
                                                     s/Tomas Hernandez
4                                                    Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
CR17-0132-JCC
PAGE - 2