THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBEL GOITOM,<br><br>　　　　　　Defendant. | CASE NO. CR17-0132-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to substitute counsel (Dkt. No. 97). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion. Cathy Gormley may withdraw and Jessica Talitha Hazelton may act as new counsel for Defendant.

DATED this 6th day of November 2020.

　　　　　　　　　　　　　　　　　William M. McCool
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　s/Paula McNabb
　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER
CR17-0132-JCC
PAGE - 1