PROB 12A  
(05/21)

# UNITED STATES DISTRICT COURT
for  
Western District of Washington

Report on Person Under Supervision

**Name:** Robel Keleta Goitom  **Case Number:** 2:17CR00132JCC-001  
**Name of Judicial Officer:** The Honorable John C. Coughenour, United States District Judge  
**Date of Original Sentence:** 07/17/2018  **Date of Report:** 09/19/2023  
**Original Offense:** Count 1: Felon in Possession of a Firearm; Count 2: Bank Fraud  
**Original Sentence:** 23 months' custody; 3 years' supervised release  
**Type of Supervision:** Supervised release  **Date Supervision Commenced:** 01/11/2019  
**Special Conditions Imposed:**

☒ Substance Abuse  ☒ Financial Disclosure  ☒ Restitution: $2, 851.74  
☐ Mental Health  ☐ Fine  ☐ Community Service  
☒ Other: Search; MRT; No new debt without approval; shall not obtain or possess driver license, or any other form of identification in any other name other than defendants true legal name

## NONCOMPLIANCE SUMMARY

I allege Robel Keleta Goitom has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failing to provide a valid urine test, on or about July 6, 2023, in violation of a special condition of supervised release. |
| 2. | Consuming alcohol on or about August 15, 2023, in violation of a special condition of supervised release. |

United States Probation Officer Action:

On July 6, 2023, Mr. Goitom reported to the Probation office and submitted a drug test that returned dilute.

On August 15, 2023, Mr. Goitom reported to the Everett office and provided drug test that was presumptively positive for alcohol. The sample was sent to the national lab for confirmation and returned positive for alcohol. I confronted Mr. Goitom about the results of his drug test. Initially, Mr. Goitom denied consuming alcohol but later admitted to having a drink of wine while out to dinner with family. Mr. Goitom was verbally reprimanded for his decision to consume alcohol. In addition, Mr. Goitom was placed on the highest frequency of testing and was instructed to obtain a substance use disorder assessment. I therefore recommend the Court take no further action.

I consulted with Assistant United States Attorney Jessica Manca, and she concurs with my recommendation.

I respectfully recommend the Court endorse my actions.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 19th day of September, 2023. | BY: |
| *(signed)* <br>Kenny James<br>United States Probation Officer | *(signed)*<br>Jennifer Van Flandern<br>Supervising United States Probation Officer |

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

*(signed)* John C. Coughenour
Signature of Judicial Officer
9/20/23
Date