# UNITED STATES DISTRICT COURT
for
Western District of Washington

Petition for Warrant or Summons for Person Under Supervision

**Name:** Robel Keleta Goitom **Case Number:** 2:17CR00132JCC-001
**Name of Judicial Officer:** The Honorable John C. Coughenour, United States District Judge
**Date of Original Sentence:** 07/10/2018 **Date of Report:** 10/02/2023
**Original Offense:** Ct 1: Felon in Possession of a Firearm; Ct 2: Bank Fraud
**Original Sentence:** 23 months' custody; three years' supervised release
**Type of Supervision:** Supervised Release **Date Supervision Commenced:** 03/01/2022
**Date Supervision Expires:** 02/29/2024
**Assistant United States Attorney:** Jessica Manca **Defense Attorney:** Dennis Carroll

**Special Conditions Imposed:**

☒ Substance Abuse ☒ Financial Disclosure ☒ Restitution: $2,851.74
☒ Mental Health ☐ Fine ☐ Community Service
☒ Other: Participate in an education program, Moral Reconation Therapy, no new credit without permission, no identification in any other name other than true legal name

## PETITIONING THE COURT

☒ To issue a warrant under seal
☐ To issue a summons

I allege Robel Keleta Goitom has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Failing to provide a valid urine test, on or about September 25, 2025, in violation of a special condition of supervised release. |
| 2. | Unlawfully possessing a firearm on or about October 1, 2023, in violation of a stand condition of supervised release |

I incorporate by reference the information contained in the attached memorandum.

United States Probation Officer Recommendation:

☒ The term of supervision should be
    ☒ revoked.
    ☐ extended for ___ years, for a total term of ___ years.
☐ The conditions of supervision should be modified as follows:

☐ Detention pending final adjudication due to
    ☐ risk of flight.
    ☒ danger to community.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 2nd day of October, 2023.

*[signature]*

Kenny James
United States Probation Officer

APPROVED:
Monique D. Neal
Chief United States Probation and Pretrial Services Officer

BY:

*[signature]*

Angela M. McGlynn
Assistant Deputy Chief United States Probation and Pretrial Services Officer

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ The Issuance of a Warrant under seal
 (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons
 (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

*[signature]*

Signature of Judicial Officer

10/2/2023
Date