UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON-SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ROBEL GOITOM<br><br>　　　　　　Defendant. | No. CR17-132 JCC<br><br>STIPULATION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND PROPOSED ORDER<br><br>[CLERK'S ACTION REQUIRED] |

Comes now the defendant, Robel Goitom, and submits this stipulation, allowing the withdrawal of Dennis Carroll and the Federal Public Defender, as his attorneys of record, and the substitution of Jeffrey L. Kradel, in their place.

DATED this 6th day of December, 2023.

　　　　　　Respectfully submitted,
　　　　　　s/Jeffrey L. Kradel
　　　　　　WSBA No. 26767
　　　　　　Substituting Attorney
　　　　　　1455 NW Leary Way, Suite 400
　　　　　　Seattle WA 98107

　　　　　　206/397-3102 voice

　　　　　　206/922-5547 facsimile

　　　　　　jeff@kradeldefense.com

STIPULATION AND ORDER PERMITTING
SUBSTITUTION OF COUNSEL - 1

KRADEL DEFENSE PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
jeff@kradeldefense.com

Agreed :

/s Catherine Crisham
AUSA Catherine L. Crisham
U.S. Attorney's Office for Western District of Washington

ORDER

Dennis Carroll and the Federal Public Defender, are permitted to withdraw, and Jeffrey L. Kradel, is permitted to substitute as attorney for the defendant.

Signed this 29th day of December, 2023.

*[signature: John C. Coughenour]*

The Honorable John C. Coughenour

Senior United States District Court Judge

STIPULATION AND ORDER PERMITTING
SUBSTITUTION OF COUNSEL - 2

KRADEL DEFENSE PLLC
1455 NW Leary Way, Suite 400
Seattle, Washington 98107
jeff@kradeldefense.com